UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD JOHN MCINTOSH, an individual,<br><br>      Petitioner<br><br>- against -<br><br>SELECTA INSURANCE AND REINSURANCE COMPANY (CARRIBEAN) LIMITED, a St. Kitts & Nevis corporation.<br><br>      Respondent. | Civ. Action No. 1:23-cv-112<br><br>**DEFAULT JUDGMENT** |

  Upon all prior pleadings and filings in this action, final judgment will now be entered, as follows:

  (1)  Judgment, pursuant to Fed. R. Civ. Proc. 55(b)(2) and 9 U.S.C. § 4, shall be entered in favor of Petitioner Harold John McIntosh and against Respondent Selecta Insurance and Reinsurance Company (Caribbean) Limited;

  (2)  That the Insurance Policy provides that where a casualty occurs in U.S. waters, then U.S. law will apply if U.S. law conflicts with English Law;

  (3)  That the casualty occurred in the United States, specifically in the State of Florida;

  (4)  That U.S. law, including the laws of the State of Florida, conflict with English law as it pertains to insurance policy construction and interpretation, insurance bad faith laws, subrogation rights, and remedies available to aggrieved insureds;

  (5)  That the Insurance Policy provides that, in the event U.S. law applies, the arbitration of any disputes arising under the Insurance Policy shall take place in the city, county and state of New York; and

2

(6) That JAMS New York Mediation, Arbitration and ADR Services is hereby appointed as the arbitral institution that shall provide administrative services and technical assistance and secretarial services for the arbitration, which shall be governed by the JAMS Arbitration Rules.

Dated: New York, New York
     July 14    , 2023

_____
J. PAUL OETKEN
United States District Judge

The Clerk of Court is directed to close the motions at ECF Nos. 5 and 17 and to close this case.

So ordered.